# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 06-7017M |
| WILLIAM S. SPANN | Pro Se |

**THE DEFENDANT:**
Pleaded guilty to Count One of the Information.
**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 641 | Larceny | 02-06-06 | 1 |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| Assessment | Fine |
|---|---|
| $25.00 | $100.00 |
| 25.00 (processing fee) | |
| 200.00 civil exchange fee | |
| | |
| $250.00 | $100.00 |

## OTHER ORDERS OF COURT

The defendant is sentenced to ten (10) days incarceration suspended on condition of successful completion of one year unsupervised probation. Defendant shall perform forty (40) hours of useful public service through Front Range Community Inc. Defendant shall pay all fines and costs within one month of imposition of same.

April 5, 2006
Date of Imposition of Judgment

s/ Boyd N. Boland
Signature of Judicial Officer

Boyd N. Boland
Name & Title of Judicial Officer

April 6, 2006

Date